UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Josephine Graham

        Plaintiff(s),

v.

University of Michigan et. al.,

        Defendant(s).

Case No. 21-11168-SJM-APP

Honorable Stephen J. Murphy, III

Magistrate Judge Anthony P. Patti

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the magistrate judge in this action. Upon review of the record, having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

Date: May 23, 2021

s/Anthony P. Patti
Anthony P. Patti
U.S. Magistrate Judge

Pursuant to this order, this case is reassigned to Magistrate Judge Curtis Ivy, Jr.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: May 24, 2021

s/N. Ahmed
Deputy Clerk