UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Josephine Graham,

        Plaintiff(s),          Case No. 2:21-cv-11168

v.          Honorable Stephen J. Murphy, III

University of Michigan, et al.,          Magistrate Judge Curtis Ivy, Jr.

        Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

This case appears to be a companion case to Case No. __20-cv-10580__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Victoria A. Roberts__ and Magistrate Judge __Elizabeth A. Stafford__.

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 24, 2021          s/N. Ahmed
                                                     Deputy Clerk

cc:      Parties and/or counsel of record
           Honorable Victoria A. Roberts