UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPHINE GRAHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MICHIGAN, and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>Defendants. | Case No. 2:21-cv-11168-VAR-EAS<br><br>Hon. Victoria A. Roberts<br>Magistrate Judge Elizabeth A. Stafford |

### STIPULATION EXTENDING BRIEFING SCHEDULE

The Defendants in the above-captioned matter filed a Motion to Dismiss on June 4, 2021. (ECF No. 7.) The parties recently conferred about issues raised by Plaintiffs' complaint, including a briefing schedule for Defendants' Motion to Dismiss. The parties hereby stipulate to the following briefing schedule for Defendants' Motion to Dismiss: (1) Plaintiff shall respond to Defendants' Motion to Dismiss on or before July 26, 2021; and (2) Defendants shall reply on or before August, 16, 2021.

1

Dated: June 18, 2021

*/s/ E. Powell Miller (with consent)*
E. Powell Miller (P39487)
THE MILLER LAW FIRM
950 W. University Drive
Suite 300
Rochester, MI 48307
P: (248) 841-2200
F: (248) 652-2852
epm@millerlawpc.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Stephen J. Cowen*
Stephen J. Cowen (P82688)
JONES DAY
150 W. Jefferson Avenue
Suite 2100
Detroit, MI 48226-4438
P: (313) 733-3939
F: (313) 230-7997
scowen@jonesday.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JOSEPHINE GRAHAM, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MICHIGAN, and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>    Defendants. | Case No. 2:21-cv-11168-VAR-EAS<br><br>Hon. Victoria A. Roberts<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER EXTENDING BRIEFING SCHEDULE

Pursuant to the parties' stipulation dated June 14, 2021, the Court hereby orders that the briefing schedule regarding the Defendants' Motion to Dismiss is as follows: (1) Plaintiff shall respond to Defendants' Motion to Dismiss on or before July 26, 2021; and (2) Defendants shall reply on or before August, 16, 2021.

Dated: June 21, 2021                    s/ Victoria A. Roberts
                                        Hon. Victoria A. Roberts
                                        United States District Judge