# <u>INDEX OF EXHIBITS</u>

| *EXHIBIT* | *DESCRIPTION* |
|-----------|---------------|
| Exhibit A | Settlement Agreement |
| Exhibit B | Proposed Order Granting Preliminary Approval of Class Action Settlement |