UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPHINE GRAHAM, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNIVERSITY OF MICHIGAN, and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>    Defendants. | Case No. 2:21-cv-11168-VAR-EAS<br><br>Hon. Victoria A. Roberts<br>Magistrate Judge Elizabeth A. Stafford |

**STIPULATED ORDER FOR EXTENSION
OF PAGE LIMIT FOR PLAINTIFF'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND EXPENSES
AND FOR A CLASS REPRESENTATIVE SERVICE AWARD**

  Plaintiff Josephine Graham and Defendants the University of Michigan and the Regents of the University of Michigan, by and through their undersigned counsel, hereby stipulate and agree to a modification of the page limit set forth under E.D. Mich. LR 7.1(d)(3)(A). In support, the parties state the following:

  1. On the present date, concurrent with the filing of this Stipulated Order, Plaintiff is filing a Motion for an Award of Attorneys' Fees and Expenses and for a Class Representative Service Award.

2. The parties have stipulated to extend the page limit for Plaintiff's Motion by 5 pages.

3. Courts permit parties to exceed page limitations where doing so is reasonable under the circumstances and without prejudice to either party. *See Oliver v. National Life Ins. Co.*, 09-11040, 2011 WL 5904651, at *1 fn. 1 (E.D. Mich. Nov. 22, 2011).

4. In order to adequately address the background, procedural history, fees and expenses incurred, and applicable standards for approval of the fee request and class representative service award, Plaintiff submits that 30 pages for Plaintiff's Motion—inclusive of signatures—is reasonable and necessary, and that Defendants will not be prejudiced. Defendants do not oppose Plaintiff's request.

NOW, THEREFORE, based upon the stipulation of the parties:

IT IS ORDERED that the Plaintiff's Motion for an Award of Attorneys' Fees and Expenses and for a Class Representative Service Award, including signatures and footnotes, shall not exceed 30 pages.

Dated: 6/22/2022

s/ Victoria A. Roberts
Honorable Victoria A. Roberts
United States District Judge

**STIPULATED AND AGREED TO BY:**

Dated:  May 26, 2022                                       Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Cowen* | */s/ E. Powell Miller* |
| Stephen J. Cowen (P82688) | E. Powell Miller (P39487) |
| Amanda K. Rice (P80460) | Sharon S. Almonrode (P33938) |
| Andrew J. Clopton (P80315) | THE MILLER LAW FIRM, P.C. |
| JONES DAY | 950 W. University Dr., Suite 30 |
| 150 W. Jefferson Avenue, Suite 2100 | Rochester, MI 48307 |
| Detroit, MI 48226-4438 | (248) 843-0997 |
| (313) 733-3939 | (248) 652-2852 |
| scowen@jonesday.com | epm@millerlaw.com |
| | ssa@millerlawpc.com |
| Jack Williams | |
| Jennifer L. Weizenecker | Jonathan D. Selbin |
| JONES DAY | Annika K. Martin |
| 1221 Peachtree Street, | Patrick I. Andrews (admission pending) |
| N.E., Suite 400 | LIEFF CABRASER HEIMANN & |
| Atlanta, GA 30361 | BERNSTEIN, LLP |
| (404) 521-3939 | 250 Hudson Street, 8th fl. |
| jmwilliams@jonesday.com | New York, NY 10013 |
| | (212) 355-9500 |
| Matthew E. Papez | akmartin@lchb.com |
| JONES DAY | jselbin@lchb.com |
| 51 Louisiana Avenue, N.W. | pandrews@lchb.com |
| Washington, D.C. 20001 | |
| (202) 879-3939 | Joseph G. Sauder |
| mpapez@jonesday.com | Lori G. Kier |
| | SAUDER SCHELKOPF LLC |
| *Counsel for Defendants* | 1109 Lancaster Avenue |
| | Berwyn, PA 19312 |
| | (888) 711-9975 |
| | jgs@sstriallawyers.com |
| | lgk@sstriallawyers.com |
| | |
| | *Counsel for Plaintiff* |