UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPHINE GRAHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MICHIGAN, and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>Defendants. | Case No. 2:21-cv-11168-VAR-EAS<br><br>Hon. Victoria A. Roberts<br>Magistrate Judge Elizabeth A. Stafford |

**DECLARATION OF PATRICK I. ANDREWS IN SUPPORT OF PLAINTIFF'S RESPONSE TO OBJECTION TO CLASS ACTION SETTLEMENT**

I, Patrick I. Andrews, declare as follows:

1. I am a member in good standing of the State Bars of New York and New Jersey, and an associate attorney with Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), which has been appointed by the Court to serve as Class Counsel in this action. I make this Declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I submit this declaration in support of the Plaintiff's

Response to Objection to Class Action Settlement and Reply in Support of Motion for Final Settlement Approval and Motion for Attorneys' Fees.

2. Of the more than 61,000 Class Members who stand to benefit from the Class Action Settlement ("Settlement"), only one, Ms. Taryn Leeney, submitted an objection. Ms. Leeney submitted her objection on June 25, 2022, two days before the objection deadline, via mailing to Class Counsel her Notice of Intent to Appear and Written Objection. Ms. Leeney's objection is attached as Exhibit A.

3. Before Ms. Leeney submitted her objection, Class Counsel had positive interactions with her. On May 20, 2022, Ms. Leeney contacted Class Counsel via email, expressing her support for the Settlement, gratitude to Class Counsel, and admiration for Plaintiff. She also inquired about potential individual representation with respect to non-specific legal matters. A true and correct copy of Ms. Leeney's email is attached as Exhibit B.

4. Initially, LCHB's email security system filtered Ms. Leeney's email into spam. As a result, I did not see Ms. Leeney's email until I checked my spam folder on June 2, 2022. That same day, promptly upon discovering her email, I responded to Ms. Leeney, offering to speak with her about the Settlement. My response to Ms. Leeney is attached as Exhibit C.

5. Ms. Leeney and I spoke by telephone on June 3, 2022. Ms. Leeney and I did not speak about any potential individual representation. Rather, we spoke about the relief provided under the Settlement, including the role and purpose of the Coordinated Community Response Team ("CCRT"). Ms. Leeney did not raise concerns about the stage of proceedings or fact investigation undertaken by Class Counsel, nor did she raise any other grounds for concern regarding the Settlement.

6. During our conversation, Ms. Leeney expressed a desire to improve policies and procedures in the University of Michigan's Equity, Civil Rights and Title IX Office ("ECRT"). She hoped to make the ECRT's processes better, more effective, and easier for students to navigate and was interested in how the Settlement might help serve that goal.

7. In response, I noted that one key purpose of the CCRT is to get campus stakeholders like her involved in helping to assess and revise policies and procedures for campus sexual violence prevention. Ms. Leeney then expressed an interest in potentially getting involved with the CCRT. For that reason, I offered to put Ms. Leeney in touch with the CCRT's Co-chairs to discuss the CCRT further, including how she might get involved. Ms. Leeney happily took me up on that offer.

8. Following my call with Ms. Leeney, I reached out to CCRT Co-chairs Rebecca Leitman Veidlinger and Professor Sandra Levitsky to inquire about

setting up a phone call or meeting between each of them and Ms. Leeney. After both agreed, I introduced Ms. Leeney to each Co-chair via email, leaving it to them to schedule their meetings.

9. Ms. Leitman Veidlinger and Professor Levitsky both report having pleasant and productive calls with Ms. Leeney in which they discussed Ms. Leeney's potential involvement with the CCRT. True and correct copies of Ms. Leitman Veidlinger and Professor Levitsky's responses are attached as Exhibits D and E.

10. In light of my interaction with Ms. Leeney and her interest in the CCRT, I was surprised to see her objection. In an attempt to understand the grounds for her objection, I sent an email to Ms. Leeney on July 5, 2022 requesting a call to discuss her objection. Upon receiving no response, I emailed her on July 6, 2022 following up on my prior email. To date, Ms. Leeney has not sent a response. True and correct copies of my emails to Ms. Leeney are attached as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2022 in New York, New York.

_____
Patrick I. Andrews