UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPHINE GRAHAM, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF MICHIGAN, and THE REGENTS OF THE UNIVERSITY OF MICHIGAN,<br><br>    Defendants. | Case No. 21-11168<br><br>Hon. Victoria A. Roberts<br>Magistrate Judge Elizabeth A. Stafford |

## JUDGMENT

Judgment enters consistent with the Court's Order and Final Judgment entered on August 3, 2022.

Dated at Detroit, Michigan on August 3, 2022.

                  Kinikia D. Essix
                  Clerk of the Court

Approved:

               BY: s/ Linda Vertriest

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

1

**S:\Roberts\Roberts\Dale\Graham v. U of M (21-11168)\Graham v. UofM (21-11168) - Judgment.docx**